**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6559**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TRAVIS MCKINNLEY FRIEND,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:99-cr-00201-HEH-2)

---

Submitted:  September 13, 2023             Decided:  September 21, 2023

---

Before WILKINSON and NIEMEYER, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Travis McKinnley Friend, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis McKinnley Friend appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Friend*, No. 3:99-cr-00201-HEH-2 (E.D. Va. Apr. 26, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*